*MPP*
ADE/HMG: USAO 2021R00457

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** DKC -26-149 |
| | * | |
| v. | * | **(Tax Evasion, 26 U.S.C. § 7201)** |
| | * | |
| **GREG MARCH,** | * | |
| | * | |
| **Defendant.** | * | |

*****

### INFORMATION

### COUNT ONE
### (Tax Evasion)

The United States Attorney for the District of Maryland charges:

During the calendar year 2022, in the District of Maryland and elsewhere,

### GREG MARCH,

the defendant, a resident of Berlin, Maryland, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before October 15, 2023, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, **MARCH**, from on or about January 2022 through on or about October 15, 2023, in the District of Maryland and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2022, by committing the following affirmative acts, among others:

(a)    Concealing his income by making distribution income payments to a shell entity that he controlled, which he treated as expenses or costs of his business; and

(b)     Concealing his income by using business income to purchase real estate properties,

which he treated as expenses or costs of his business.

26 U.S.C. § 7201

Date: <u>April 28, 2026</u>

Kelly O. Hayes /ADC
_____
Kelly O. Hayes
United States Attorney